ROBERT C. TESTERMAN, Appellant, v RACHEL L. ZIELINSKI et al., Defendants, and PISA ELECTRICAL CONSTRUCTION & MANUFACTURING, INC., Respondent. (Appeal No. 2.) [890 NYS2d 863]—

Same memorandum as in *Testerman v Zielinski* (68 AD3d 1751 [2009]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.

DANIEL D. BIGELOW, as Executor of TENNY C. BIGELOW, Deceased, and as Administrator C.T.A. of the Estate of DOUGLAS L. BIGELOW, Deceased, Respondent, v RACHEL L. ZIELINSKI et al., Appellants. (Appeal No. 3.) [891 NYS2d 300]—

Same memorandum as in *Testerman v Zielinski* (68 AD3d 1751 [2009]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.